John S. Pedersin, Respondent, v. The Leonhard Michel Brewing Company, Appellant.— Judgment and order reversed and new trial granted,

Second Department, April, 1914.	[Vol. 163.

costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to $9,000, in which case the judgment as so reduced, and the order, are unanimously affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.